UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


DAMON ELLIOTT,
   Plaintiff,

v.　　　　　　　　　　Civil Action No. <u>UNKNOWN</u>
　　　　　　　　　　　　　　　　　　　07-0093 JDB

U.S. DEPARTMENT OF JUSTICE
ENVIRONMENT AND NATURAL
RESOURCES DIVISION
LAW AND POLICY SECTION
P.O. BOX 4390
BEN FRANKLIN STATION
WASHINGTON, D.C. 20044,
   Defendant.



## CLARIFICATION MOTION

  Plaintiff do not want to waste the Court time in this case.

  By letter of 11-8-2006, the Director close plaintiff appeal, because their Office

thought plaintiff filed a Complaint seeking judicial review of the action of E.N.R.D. in the United States District Court for the District of Columbia.

By letter of 12-27-2006, the Director Office corrected themselves because they was mistakenly under the impression that this matter was in litigation. See Attach.

## CONCLUSION

Plaintiff request the Court to close this case without prejudice, having the right to reopen within the filing limitation if he chose to, and have the Clerk inform him with the decision.

Damon Elliott 31034-037
F.C.C. U.S.P.
P.O. Box 1034
Coleman, Fl. 33521


**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642          Washington, D.C. 20530

DEC 27 2006

Mr. Damon Elliott
Register No. 31034-037
Federal Correctional Complex          Re: Appeal No. 06-1677
Post Office Box 1034                      Request No. 2006-0029
Coleman, FL  33521                        BVE:CL

Dear Mr. Elliott:

    You appealed from the action of the Environment and Natural Resources Division (ENRD) on your request for copies of any blueprints pertaining to buildings in the Beltsville Agriculture Research Center.

    By letter of November 8, 2006, this Office mistakenly closed your appeal under the impression that this matter was in litigation. Subsequent to that letter, I discovered that this appeal does not relate to your pending litigation. I regret the misunderstanding and have determined that it is appropriate to adjudicate your appeal on the merits. ENRD informed you that they do not maintain the type of records you requested and suggested that you submit a request directly to the United States Department of Agriculture for the information you are seeking. I have determined that ENRD's response was correct.

    If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Daniel J. Metcalfe
Director