UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOTT,**<br><br>  **Plaintiff,**<br><br>  v.<br><br>**UNITED STATES<br>DEPARTMENT OF JUSTICE,**<br><br>  **Defendant.** | Civil Action No.  07-0093 (JDB) |

**DISMISSAL ORDER**

It is hereby

ORDERED that plaintiff's "Clarification Motion" [Dkt. #7], which the Court construes as a motion for voluntary dismissal, is GRANTED.  It is

FURTHER ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

/s/
JOHN D. BATES
United States District Judge

Date: January 30, 2007